AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1344(1) and (2) - Bank Fraud
18 U.S.C. § 1029(a)(2) - Fraud and Related Activity in Connection with Access Devices
18 U.S.C. § 1028A(a)(1) - Aggravated Identify Theft
18 U.S.C. §§ 982 & 1029, and 21 U.S.C. § 853 - Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

E-filing

Name of District Court, and/or Judge/Magistrate Location

**FILED**

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

JUL - 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ CHERRYL WORLEY  a/k/a Cherryl Ferguson

**DISTRICT COURT NUMBER**

CR10-00524   DLJ

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

UNITED STATES SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.
☐ U.S. ATTORNEY   ☐ DEFENSE }

☐ this prosecution relates to a pending case involving this same defendant   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEBORAH R. DOUGLAS, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐  If not detained give date any prior summons was served on above charges ▶

2) ☐  Is a Fugitive

3) ☐  Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐  On this charge

5) ☒  On another conviction }   ☒ Federal   ☐ State

6) ☐  Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☒ No }   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____   Before Judge: _____

Comments:

## ATTACHMENT: MAXIMUM STATUTORY PENALTIES

DEFENDANT: CHERRYL WORLEY, a/k/a Cherryl Ferguson

COUNTS ONE THROUGH NINETEEN

VIOLATION:      Title 18, United States Code, Section 1344(1) & (2) - Bank Fraud

PENALTY:        30 years imprisonment
                5 years supervised release
                $250,000 fine
                $ 100 special assessment

COUNTS TWENTY THROUGH SIXTY-SIX

VIOLATION:      Title 18, United States Code, Section 1029(a)(2) - Fraud and related
                activity in connection with access devices

PENALTY:        10 years imprisonment
                3 years supervised release
                $250,000 fine
                $100 special assessment.

COUNTS SIXTY-SEVEN THROUGH ONE HUNDRED FOURTEEN

VIOLATION:      Title 18, United States Code, Section 1028A(a)(1) - Aggravated Identity
                Theft

PENALTY:        Consecutive 2-year prison term

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

~~CR10-00524~~ DLJ

UNITED STATES OF AMERICA,

V.

E-filing

FILED

JUL - 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**CHERRYL WORLEY**
a/k/a Cherryl Ferguson

DEFENDANT(S).

# INDICTMENT

VIOLATIONS:
18 U.S.C. § 1344(1) and (2) - Bank Fraud; 18 U.S.C. § 1029(a)(2) -
Fraud and Related Activity in Connection with Access Devices;
18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft;
18 U.S.C. §§ 982 & 1029, and 21 U.S.C. § 853 - Criminal Forfeiture

A true bill.

_____
                                    Foreman

Filed in open court this _____ day of

7/8/2010

_____
                                    Clerk

Bail, $ No process

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

*E-filing*

**FILED**

JUL - 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**CR10-00524** DLJ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. |
| Plaintiff, ) | VIOLATIONS:18 U.S.C. § 1344(1) and (2) [Bank Fraud] (19 counts); 18 U.S.C. § 1029(a)(2) [Fraud and Related Activity in Connection with Access Devices](47 counts); 18 U.S.C. § 1028A(a)(1)[Aggravated Identity Theft] (48 counts); 18 U.S.C. §§ 982 & 1029 and 21 U.S.C. § 853 [Criminal Forfeiture] |
| v. ) | |
| CHERRYL WORLEY, ) a/k/a Cherryl Ferguson, ) | |
| Defendant. ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

Introduction

At all times relevant to this indictment:

1.      Defendant Cherryl Worley ("defendant") was a resident of Oakland, California.

2.      "Bill Me Later" was a payment method offered by thousands of merchants, including many well-known stores, airlines, and hotels, and permits purchases to be made online without the use of a credit card. "Bill Me Later" was operated by a company based in Timonium, Maryland, and offered credit through CIT Bank, a federally insured financial institution in Salt Lake City, Utah. To make purchases through the "Bill Me Later" website, the customer applied online and provided his or her full name, date of birth, last four digits of social security number, telephone

INDICTMENT

number, and e-mail address. CIT Bank reviewed and considered the customer's credit report and other credit-related information. If the customer's application was approved, CIT Bank extended credit for each transaction and assigned an account number to that transaction. The customer paid the bill by mail (via check) or online (via bank account) through the "Bill Me Later" website. The internet servers for "Bill Me Later" were located in Nebraska and Maryland.

3.      CareCredit was a credit card issued by GE Money Bank, a federally insured financial institution headquartered in Connecticut, which extended credit for the payment of healthcare treatments and procedures. GE Money Bank approved or denied credit card applications based upon information contained on the applications and past credit history. When a medical office received an application from a patient for a CareCredit card, that office provided the patient's information as contained on the application (name, date of birth, social security number, etc.) to the CareCredit office in Tempe, Arizona, either by telephone or via the Internet.

### The Schemes to Defraud

4.      Beginning at a time unknown to the Grand Jury, but no later than in or about August 2007, and continuing to in or about December 2008, defendant did knowingly devise and execute material schemes and artifices to defraud various federally insured financial institutions, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, those financial institutions, by means of material false and fraudulent pretenses, representations, promises, and omissions of material facts. For the purpose of executing such material schemes and artifices to defraud, defendant did knowingly transfer, possess, and use, without lawful authority, a means of identification of other persons, including their names, dates of birth, and social security numbers (or last four digits of social security numbers).

5.      More specifically, defendant stole the names, dates of birth, social security numbers, and residential addresses of patients, physicians, and others from her various places of employment and elsewhere, including medical offices, where she had access to personal identification information. Defendant targeted victims primarily with the first name of "Cheryl" or similar names such as "Cherient," "Sherry," "Shelia," and "Shelley." Defendant then used the personal identification information of her victims, without their knowledge or consent, to obtain credit from various financial institutions insured by the Federal Deposit Insurance Corporation, including CIT

Bank and GE Money Bank, for the purpose of defrauding those financial institutions, the individual victims whose identity information was used to acquire the credit, and the merchants or other businesses from which defendant purchased or attempted to purchase merchandise or services.

6. Through credit obtained by the unauthorized use of her victims' personal identification information, defendant knowingly, and with intent to defraud, purchased numerous items of value, in and effecting interstate commerce.

COUNT ONE (18 U.S.C. § 1344(1) & (2) - Bank Fraud)

7. The factual allegations contained in paragraphs one and three through six are realleged and incorporated by reference as though fully set forth herein.

8. Beginning at a time unknown to the Grand Jury, but no later than on or about August 10, 2007, in the Northern District of California and elsewhere, the defendant,

CHERRYL WORLEY,
a/k/a  Cherryl Ferguson,

did knowingly devise and execute a material scheme and artifice to defraud the GE Money Bank, federally insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, that financial institution, by means of material false and fraudulent pretenses, representations, and promises: namely, defendant obtained and used the name, date of birth, and social security number of her victim Cheryl Ste., without lawful authority, to apply for and obtain CareCredit card no. xxxxxxxxxxxx2792 issued by the GE Money Bank and then used that credit card for an unauthorized purchase in the amount of $4,000.00, in violation of Title 18, United States Code, Section 1344(1) & (2).

COUNTS TWO THROUGH NINETEEN (18 U.S.C. § 1344(1) & (2) - Bank Fraud)

9.     The factual allegations contained in paragraphs one, two, and four through six are realleged and incorporated by reference as though fully set forth herein.

10.     Beginning at a time unknown to the Grand Jury, but no later than on or about the dates listed below, in the Northern District of California and elsewhere, the defendant,

CHERRYL WORLEY,<br>a/k/a Cherry Ferguson,

did knowingly devise and execute, and attempt to execute, material schemes and artifices to defraud the CIT Bank, federally insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, that financial institution, by means of material false and fraudulent pretenses, representations, and promises, as set forth below:

| Count | Date | Victim | "Bill Me Later" Account No. (last four digits) | Actual Transaction | Attempted Transaction |
|-------|------|--------|------------|--------------------|------------------------|
| 2 | 10/26/08 | Adriana Riv. | 7077 | $ 419.24 | |
| 3 | 11/12/08 | Cheryl A.C. | 5719 | $ 861.45 | |
| 4 | 11/13/08 | Cheryl A.C. | 5853 | | $  536.06 |
| 5 | 11/13/08 | Cheryl A.C. | 5890 | | $  536.06 |
| 6 | 11/19/08 | Cheryl Hawk. | 8744 | $  817.96 | |
| 7 | 11/20/08 | Cheryl Hawk. | 4062 | | $   464.79 |
| 8 | 11/24/08 | Cheryl Har. | 8126 | | $  615.78 |
| 9 | 11/24/08 | Cheryl Har. | 8640 | | $  615.78 |
| 10 | 11/25/08 | Cheryl Pit. | 3468 | | $  376.24 |
| 11 | 11/25/08 | Cheryl Pit. | 3446 | | $  376.24 |
| 12 | 12/04/08 | Shelley Bar. | 5271 | | $  989.43 |
| 13 | 12/05/08 | Cheryl Meu. | 0627 | | $  989.43 |
| 14 | 12/05/08 | Cheryl M-H. | 0345 | | $  989.43 |
| 15 | 12/08/08 | Cheryl Meu. | 0553 | | $  796.20 |
| 16 | 12/08/08 | Cheryl Meu. | 0553 | | $  796.20 |
| 17 | 12/08/08 | Cheryl Meu. | 3075 | $  989.43 | |
| 18 | 12/08/08 | Cheryl Meu. | 6028 | | $  504.21 |
| 19 | 12/08/08 | Cheryl Meu. | 1952 | | $  727.11 |

INDICTMENT                                        4

All in violation of Title 18, United States Code, Section 1344(1) & (2).

COUNTS TWENTY THROUGH SIXTY-SIX (18 U.S.C. § 1029(a)(2)- Fraud and Related Activity in Connection with Access Devices)

    11.    The factual allegations contained in paragraphs one, two, and four through six are realleged and incorporated by reference as though fully set forth herein.

    12.    On or about the dates specified below, in the Northern District of California and elsewhere, the defendant,

CHERRYL WORLEY,
a/k/a Cherryl Ferguson,

did knowingly, and with intent to defraud, attempted to traffic in and did traffic in and use one or more unauthorized access devices during a one-year period to obtain things of value aggregating $1,000 or more during that period, in and affecting interstate commerce, as set forth below:

| Count | Date | Victim | "Bill Me Later" Account No. (last four digits) | Actual Transaction | Attempted Transaction |
|-------|------|--------|------------------------------------------------|--------------------|-----------------------|
| 20 | 9/02/08 | Cheryl Wil. | 5282 | $3,710.70 | |
| 21 | 9/04/08 | Cheryl Wil. | 7961 | | $2,128.39 |
| 22 | 9/04/08 | Cheryl Wil. | 7961 | | $1,388.89 |
| 23 | 10/26/08 | Christine Ben. | 7070 | | $1,910.89 |
| 24 | 10/26/08 | Cheryl Car. | 7070 | | $2,200.73 |
| 25 | 10/26/08 | Cheryl Car. | 7070 | | $1,892.89 |
| 26 | 10/26/08 | Adriana Riv. | 7077 | | $1,122.87 |
| 27 | 10/26/08 | Adriana Riv. | 7060 | | $1,517.98 |
| 28 | 10/26/08 | Adriana Riv. | 7060 | | $2,329.86 |
| 29 | 10/26/08 | Adriana Riv. | 7053 | $1,970.86 | |
| 30 | 10/27/08 | Adriana Riv. | 7081 | | $1,424.93 |
| 31 | 10/27/08 | Adriana Riv. | 7081 | | $1,424.93 |
| 32 | 11/01/08 | Erica Ped. | 7070 | | $2,200.73 |
| 33 | 11/12/08 | Cheryl A.C. | 5716 | $2,122.96 | |
| 34 | 11/12/08 | Cheryl A.C. | 5719 | | $1,448.70 |
| 35 | 11/12/08 | Cheryl A.C. | 5719 | | $1,448.70 |
| 36 | 11/23/08 | Cheryl Hau. | 4155 | | $2,405.71 |
| 37 | 11/23/08 | Cheryl Hau. | 4155 | | $2,214.95 |

INDICTMENT          5

| Count | Date | Victim | "Bill Me Later" Account No. (last four digits) | Actual Transaction | Attempted Transaction |
|-------|------|--------|----------------|--------|-----------|
| 38 | 11/25/08 | Cheryl Pit. | 6447 | $1,043.64 | |
| 39 | 11/25/08 | Cheryl Pit. | 4072 | $2,529.08 | |
| 40 | 11/25/08 | Cheryl Pit. | 4066 | $2,476.39 | |
| 41 | 11/26/08 | Cheryl For. | 3293 | | $1,746.46 |
| 42 | 11/26/08 | Cheryl Pow. | 3499 | | $1,746.46 |
| 43 | 11/26/08 | Cheryl The. | 3891 | | $1,746.46 |
| 44 | 11/26/08 | Cheryl The. | 3879 | | $1,746.46 |
| 45 | 11/26/08 | Cheryl The. | 3863 | | $1,746.46 |
| 46 | 11/26/08 | Cheryl The. | 3821 | | $1,746.46 |
| 47 | 11/26/08 | Cheryl The. | 3711 | | $1,746.46 |
| 48 | 11/27/08 | Cheryl Coh. | 7860 | | $1,746.46 |
| 49 | 11/27/08 | Cheryl Har. | 8346 | | $1,746.46 |
| 50 | 11/27/08 | Cheryl T.H. | 6941 | | $1,746.46 |
| 51 | 11/30/08 | Cheryl Har. | 7797 | | $1,365.67 |
| 52 | 11/30/08 | Cheryl Hawk. | 8739 | | $1,365.67 |
| 53 | 11/30/08 | Cheryl Pac. | 8997 | | $1,348.76 |
| 54 | 11/30/08 | Cheryl Pac. | 6029 | | $1,902.37 |
| 55 | 11/30/08 | Cheryl Pac. | 6029 | | $1,902.37 |
| 56 | 12/04/08 | Shelley Bar. | 9156 | | $1,435.23 |
| 57 | 12/04/08 | Cheryl Hawt. | 8649 | | $1,435.23 |
| 58 | 12/04/08 | Shelia Jac. | 4967 | | $1,435.23 |
| 59 | 12/04/08 | Shelia Jac. | 4736 | | $1,435.23 |
| 60 | 12/04/08 | Cheryl Pan. | 3297 | | $1,416.08 |
| 61 | 12/04/08 | Sherry Wil. | 3931 | | $1,435.23 |
| 62 | 12/04/08 | Sherry Wil. | 3773 | | $1,435.23 |
| 63 | 12/05/08 | Cheryl M-H. | 9863 | | $1,435.23 |
| 64 | 12/08/08 | Cheryl Meu. | 0255 | $1,784.14 | |
| 65 | 12/17/08 | Cherient Gel. | 2984 | | $1,398.08 |
| 66 | 12/17/08 | Cherient Gel. | 2984 | | $2,779.21 |

All in violation of Title 18, United States Code, Section 1029(a)(2).

INDICTMENT                           6

COUNT SIXTY-SEVEN (18 U.S.C. § 1028A(a)(1)- Aggravated Identity Theft)

13.     The factual allegations contained in paragraphs one and three through six are realleged and incorporated by reference as though fully set forth herein.

14.     On or about August 10, 2007, in the Northern District of California and elsewhere, the defendant,

CHERRYL WORLEY,
a/k/a Cherryl Ferguson,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, as defined in 18 U.S.C. § 1028(d)(7)(A), during and in relation to a felony violation of 18 U.S.C. §1344(1) & (2) as alleged in count one above.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNTS SIXTY-EIGHT THROUGH ONE HUNDRED FOURTEEN (18 U.S.C. § 1028A(a)(1)- Aggravated Identity Theft)

15.     The factual allegations contained in paragraphs one, two, and four through six are realleged and incorporated by reference as though fully set forth herein.

16.     On or about the dates specified below, in the Northern District of California and elsewhere, the defendant,

CHERRYL WORLEY,
a/k/a Cherryl Ferguson,

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, as defined in 18 U.S.C. § 1028(d)(7)(A), during and in relation to a felony violation of 18 U.S.C. §1029(a)(2) as alleged in the counts listed below:

| Count | Date | Victim | Referenced Access Device Fraud Count |
|---|---|---|---|
| 68 | 9/02/08 | Cheryl Wil. | 20 |
| 69 | 9/04/08 | Cheryl Wil. | 21 |
| 70 | 9/04/08 | Cheryl Wil. | 22 |
| 71 | 10/26/08 | Christine Ben. | 23 |
| 72 | 10/26/08 | Cheryl Car. | 24 |
| 73 | 10/26/08 | Cheryl Car. | 25 |
| 74 | 10/26/08 | Adriana Riv. | 26 |
| 75 | 10/26/08 | Adriana Riv. | 27 |
| 76 | 10/26/08 | Adriana Riv. | 28 |

INDICTMENT                                        7

| Count | Date | Victim | Referenced Access Device Fraud Count |
|-------|------|--------|--------------------------------------|
| 77 | 10/26/08 | Adriana Riv. | 29 |
| 78 | 10/27/08 | Adriana Riv. | 30 |
| 79 | 10/27/08 | Adriana Riv. | 31 |
| 80 | 11/01/08 | Erica Ped. | 32 |
| 81 | 11/12/08 | Cheryl A.C. | 33 |
| 82 | 11/12/08 | Cheryl A.C. | 34 |
| 83 | 11/12/08 | Cheryl A.C. | 35 |
| 84 | 11/23/08 | Cheryl Hau. | 36 |
| 85 | 11/23/08 | Cheryl Hau. | 37 |
| 86 | 11/25/08 | Cheryl Pit. | 38 |
| 87 | 11/25/08 | Cheryl Pit. | 39 |
| 88 | 11/25/08 | Cheryl Pit. | 40 |
| 89 | 11/26/08 | Cheryl For. | 41 |
| 90 | 11/26/08 | Cheryl Pow. | 42 |
| 91 | 11/26/08 | Cheryl The. | 43 |
| 92 | 11/26/08 | Cheryl The. | 44 |
| 93 | 11/26/08 | Cheryl The. | 45 |
| 94 | 11/26/08 | Cheryl The. | 46 |
| 95 | 11/26/08 | Cheryl The. | 47 |
| 96 | 11/27/08 | Cheryl Coh. | 48 |
| 97 | 11/27/08 | Cheryl Har. | 49 |
| 98 | 11/27/08 | Cheryl T.H. | 50 |
| 99 | 11/30/08 | Cheryl Har. | 51 |
| 100 | 11/30/08 | Cheryl Hawk. | 52 |
| 101 | 11/30/08 | Cheryl Pac. | 53 |
| 102 | 11/30/08 | Cheryl Pac. | 54 |
| 103 | 11/30/08 | Cheryl Pac. | 55 |
| 104 | 12/04/08 | Shelley Bar. | 56 |
| 105 | 12/04/08 | Cheryl Hawt. | 57 |
| 106 | 12/04/08 | Shelia Jac. | 58 |
| 107 | 12/04/08 | Shelia Jac. | 59 |

INDICTMENT

8

| Count | Date | Victim | Referenced Access Device Fraud Count |
|-------|------|--------|--------------------------------------|
| 108 | 12/04/08 | Cheryl Pan. | 60 |
| 109 | 12/04/08 | Sherry Wil. | 61 |
| 110 | 12/04/08 | Sherry Wil. | 62 |
| 111 | 12/05/08 | Cheryl M-H. | 63 |
| 112 | 12/08/08 | Cheryl Meu. | 64 |
| 113 | 12/17/08 | Cherient Gel. | 65 |
| 114 | 12/17/08 | Cherient Gel. | 66 |

All in violation of Title 18, United States Code, Section 1028A(a)(1).

**FIRST FORFEITURE ALLEGATION**: Bank Fraud Forfeiture
(18 U.S.C. § 982,  21 U.S.C. § 853)

17.     The allegations of Counts One through Nineteen of this Indictment are realleged and incorporated herein.

18.     Upon conviction of the offenses alleged in Counts One through Nineteen above, the defendant,

CHERRYL WORLEY,
a/k/a Cherryl Ferguson,

shall forfeit to the United States all property real or personal which constitutes or is derived from any proceeds the defendant obtained, directly or indirectly from said offenses, pursuant to Title 18, United States Code, Section 982(a)(2)(A).

If any of said property, as a result of any act or omission of the defendant –

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty; any and all interest the defendant has in other property shall be vested in the United States and forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

INDICTMENT                              9

1  All pursuant to Title 18, United States Code, Section 982(a)(2)(A), and Title 28, United
   States Code, Section 2461(c).

2
3  **SECOND FORFEITURE ALLEGATION**: Access Device Fraud Forfeiture(18 U.S.C. §§ 982
   and 1029,  21 U.S.C. § 853)

4     19.    The allegations of Counts Twenty to Sixty-Six of this Indictment are realleged and
5  incorporated herein.

6     20.    Upon conviction of the offenses alleged in Counts Twenty to Sixty-Six above, the
7  defendant,
                      CHERRYL WORLEY,
8                     a/k/a Cherryl Ferguson,

9  shall forfeit to the United States:

10        (A) pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property
11 constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such
12 violation(s);

13        (B) pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal
14 property used or intended to be used to commit the offense(s).

15     The property to be forfeited includes, but is not limited to:

16        • One Compaq Presario Computer, serial no. MXK3280C24

17        • One Compaq Presario Laptop Computer, serial no. CND6341GP8

18     If any of said property, as a result of any act or omission of the defendant –

19     (1) cannot be located upon the exercise of due diligence;

20     (2) has been transferred or sold to or deposited with, a third person;

21     (3) has been placed beyond the jurisdiction of the Court;

22     (4) has been substantially diminished in value; or

23     (5) has been commingled with other property which cannot be divided without difficulty;
24 any and all interest the defendant has in other property shall be vested in the United States and
25 forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as
26 incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2) and Title 28,
27 United States Code, Section 2461(c).

28

INDICTMENT          10

All pursuant to Title 18, United States Code, Section 982(a)(2)(B), Title 18, United States Code, Section 1029(c)(1)(C), and Title 28, United States Code, Section 2461(c).

DATED: July 8, 2010                          A TRUE BILL.

                                             FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____)
                      Deborah R. Douglas
                      Assistant United States Attorney

INDICTMENT                    11