

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*Federal Building, 11th Floor*  (415) 436-7200
*450 Golden Gate Avenue*
*San Francisco, California 94102*  FAX:(415) 436-7234

December 29, 2010

Honorable Donna M. Ryu
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612

                    Re:    United States v. Cherryl Worley a/k/a Ferguson.
                           CR 10-00524 DLJ

Dear Magistrate Judge Ryu:

      The United States respectfully request that the above-captioned matter be added to the magistrate court's calendar for an initial presentment on the indictment on Wednesday, January 5, 2011, at 10 a.m. Defendant is currently serving a federal prison term at the Federal Correctional Institution in Dublin, California. Arrangements have been made with the U.S. Marshal Service to transport defendant from federal prison to the Oakland Federal Building on January 5, 2011 pursuant to a federal writ (*see* attached copy). Defendant does not need an interpreter.

                                      Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney

                                      DEBORAH R. DOUGLAS
                                      Assistant United States Attorney

| U.S. Department of Justice | Request of United States Attorney for Production of |
|---|---|
| United States Attorney | Federal Prisoner In The Custody of The United States |
| NORTHERN District of CALIFORNIA | Pursuant to Title 18, United States Code, Section 3621(d) |

The United States Attorney for the Northern District of California, pursuant to 18 U.S.C. § 3621(d), does hereby request the United States Marshal for the Northern District of California, or any other authorized officer, to produce one Cherryl Worley a/k/a Ferguson 97225-011

now confined at the Dublin Federal Correctional Institution, Dublin, California

in the custody of the warden or the person there in charge, before the

[X] United States District Court          [X] For Prosecution

[ ] United States Grand Jury              [ ] For Testimony

at                Oakland            ,            California
                   (city)                              (state)

[ ] forthwith

[X] at 9:00 a.m. .m., on January 5, 2011, or at any time thereafter as the United States Attorney or a federal Judge or Magistrate may direct, so that said person may appear in accordance with law in the case

[X] United States of America v. Cherryl Worley a/k/a Ferguson

Ct. No. CR 10-00524 DLJ

[ ] In Re Grand Jury Proceedings No.

and after said person shall have appeared, to return said person to the aforementioned custody as may be directed by the United States Attorney or a federal Judge or Magistrate.

SEAL OF
UNITED STATES
ATTORNEY[1]/

DEBORAH R. DOUGLAS, Assistant United States Attorney
Assistant United States Attorney Requesting The Production of Prisoner In Custody

Telephone Nos. (FTS): (415) 436-6844

(Commercial):

Dated this 22 day
of December, 2010.

Brian J. Stretch
Acting United States Attorney[2]/

[1]/ This request is invalid without the raised seal of the United States Attorney.

[2]/ The signature of the United States Attorney approving the request is required. A Supervisory Assistant United States Attorney delegated authority by the United States Attorney may sign for the United States Attorney provided a letter of authorization is on file with the United States Marshal of the same district as the United States Attorney.

Previous Editions Obsolete                                    FORM USA-475
                                                               MAR. 89