MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, CA, 94102
   Telephone: (415) 436-7200
   Telefax: (415) 436-7234
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>          Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>CHERRYL WORLEY, )<br>a/k/a Cherryl Ferguson, )<br>)<br>)<br>          Defendant. )<br>_____ ) | No. CR 10-00524 DLJ<br><br>STIPULATION AND PROTECTIVE ORDER RE: ACCESS DEVICE ACCOUNT INFORMATION AND PERSONAL IDENTIFICATION INFORMATION |

      1.     Plaintiff United States of America, by and through its attorney of record, and the defendant Cherryl Worley ("defendant"), through her attorney of record, in the above-captioned matter hereby stipulate that, upon issuance of the protective order sought herein, the materials subject to the protective order will be produced by the government to the defense counsel who will protect those materials under the terms and conditions set forth in this stipulation.

      2.     On July 8, 2010, a grand jury in Oakland returned a 114-count indictment charging Bank Fraud [18 U.S.C. §§ 1344(1) and (2)], Fraud and Related Activity in Connection with Access Devices [18 U.S.C. § 1029(a)(2)], and Aggravated Identity Theft [18 U.S.C. § 1028A(a)(1)]. On January 5, 2011, defendant was produced from federal prison for arraignment on the new charges.

STIPULATION AND PROTECTIVE ORDER, CR10-00524 DLJ

3. The government represents that the discovery in this case includes access device account information and the personal identification information of numerous victims, including, but not limited to, their names, dates of birth, social security numbers, addresses, and telephone numbers (herein referred to as "protected discovery"].

4. The government and the defendant, by their respective attorneys, stipulate and agree to the following terms and conditions of an order to protect the discovery in this case as follows:

  a. The defense lawyer shall use the protected discovery only to prepare, evaluate, and present the defense in this proceeding, in the preparation for trial, and/or to the extent consistent with the defendant's right to an effective defense in this case, including appeal and any proceedings commenced pursuant to 28 U.S.C. § 2255;

  b. Any pleadings that include or make reference to the access device account information or other personal identification information of the victims in this case shall be filed under seal, or a redacted version filed on the public record.

  c. The protected discovery shall not be disclosed to anyone other than the defendant and defense staff working on this case, including investigators and/or experts retained in this case, absent further order of the court. The defense lawyer shall not permit the defendant or anyone else to annotate or otherwise copy access device account information and the personal identification information of the victims, including, but not limited to, their names, dates of birth, social security numbers, addresses, and telephone numbers. Any person to whom those documents or information are disclosed must be provided with a copy of this Stipulation and Protective Order;

  d. The protected discovery shall not be copied unless copying is necessary for preparation of the defense in this case;

  e. The defense shall secure and safeguard the protected discovery, and any copies thereof; and

  f. Consistent with the parties' agreement regarding the use of the protected discovery, all documents provided to the defense lawyer pursuant to a Protective Order, and any copies made of those materials, shall be returned to the government at the conclusion of this case, which includes the completion of any direct appeals to the Ninth Circuit, as well as the timely

completion of any proceedings commenced pursuant to 28 U.S.C. § 2255.  Further, in lieu of return, the defense counsel may certify that the materials covered by this Order, and all copies thereof, have been destroyed and timely provide a copy of the certification to government's counsel.

IT IS SO STIPULATED

Dated: January 12, 2011          _____/s/_____
                                 DEBORAH R. DOUGLAS
                                 Assistant United States Attorney

Dated: January 12, 2011          _____/s/_____
                                 JOYCE LEAVITT
                                 Assistant Federal Public Defender
                                 Attorney for Defendant Cherryl Worley

STIPULATION AND PROTECTIVE ORDER, CR10-00524 DLJ

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, CA, 94102
   Telephone: (415) 436-7200
   Telefax: (415) 436-7234
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> ) <br> CHERRYL WORLEY, ) <br> a/k/a Cherryl Ferguson, ) <br> ) <br>         Defendant. ) <br> _____) | No. CR 10-00524 DLJ <br><br> PROTECTIVE ORDER |

      GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and the defendant,

      IT IS HEREBY ORDERED that:

      (i)     The defense lawyer shall use the access device account numbers and the personal identification information of the victims, including, but not limited to, their names, dates of birth, social security numbers, addresses, and telephone numbers (hereafter referred to as "protected discovery") produced by the government only to prepare, evaluate, and present the defense in this proceeding, in the preparation for trial, and/or to the extent consistent with the defendant's right to an effective defense in this case, including appeal and any proceedings commenced pursuant to 28 U.S.C. § 2255;

STIPULATION AND PROTECTIVE ORDER, CR10-00524 DLJ

1    (ii)    Any pleadings that include or make reference to the access device account information or other personal identification information of the victims in this case shall be filed under seal, or a redacted version filed on the public record.

(iii)    The protected discovery shall not be disclosed to anyone other than the defendant and defense staff working on this case, including investigators and/or experts retained in this case, absent further order of the court.  The defense lawyer shall not permit the defendant or anyone else to annotate or otherwise copy access device account information and the personal identification information of the victims, including, but not limited to, their names, dates of birth, social security numbers, addresses, and telephone numbers.  Any person to whom those documents or information are disclosed must be provided with a copy of this Stipulation and Protective Order;

(iv)    The protected discovery shall not be copied unless copying is necessary for preparation of the defense in this case;

(v)    The defense shall secure and safeguard the protected discovery, and any copies thereof; and

(vi)    Consistent with the parties' stipulation regarding the use of the protected discovery, all documents provided to the defense lawyer pursuant to this Protective Order, and any copies made of those materials, shall be returned to the government at the conclusion of this case, which includes the completion of any direct appeals to the Ninth Circuit, as well as the timely completion of any proceedings commenced pursuant to 28 U.S.C. § 2255.  Further, in lieu of return, the defense counsel may certify that the materials covered by this Order, and all copies thereof, have been destroyed and timely provide a copy of the certification to government's counsel.

**IT IS SO ORDERED.**

Dated: January  13, 2011

_____
HONORABLE D. LOWELL JENSEN
United States District Court Judge

STIPULATION AND PROTECTIVE ORDER, CR10-00524 DLJ