MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:  (415) 436-7234
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00524 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING HEARING DATE; MODIFYING BRIEFING SCHEDULE; AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| v. | ) | |
| CHERRYL WORLEY, aka CHERRYL FERGUSON, | ) | |
| Defendant. | ) | |

On January 5, 2011, defendant Cherryl Worley ("defendant") was arraigned on the above-captioned matter.  After a detention hearing on January 14, 2011, defendant was ordered detained by the magistrate judge.  On February 7, 2011, defendant filed her appeal from the detention order.  The government's opposition is due on February 14, 2011; defendant's reply, if any, is due on February 16, 2011; and the hearing on defendant's appeal is scheduled for February 18, 2011 at 11 a.m.

IT IS HEREBY STIPULATED AND REQUESTED, by and between the parties to this action, that the current hearing date of February 18, 2011 at 11 a.m. be vacated and reset for February 25, 2011 at 11 a.m. The parties further stipulate and agree that the briefing schedule should

STIPULATION AND ORDER
CR 10-00524 DLJ

be modified as follows: the government shall file its opposition to defendant's appeal of the detention order by February 17, 2011, and the defendant shall file her reply, if any, by February 23, 2011. Government's counsel has been preparing for a multi-defendant mortgage loan fraud trial scheduled to commence on February 28, 2011 before Judge Breyer in San Francisco, but will be able to file the government's opposition in the above-captioned matter on February 17, 2011.  Further, defendant has been provided with over 2,000 pages of discovery and seeks additional time to review and analyze those documents.

IT IS FURTHER STIPULATED AND REQUESTED, by and between the parties to this action, that the time from February 18, 2011 through February 25, 2011 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence.

DATED: February 14, 2011        /s/
DEBORAH R. DOUGLAS
Assistant United States Attorney

DATED: February 14, 2011        /s/
JOYCE LEAVITT
Assistant Federal Public Defender
Attorney for Defendant Cherryl Worley

STIPULATION AND ORDER
CR 10-00524 DLJ                 2

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:  (415) 436-7234
   E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00524 DLJ |
|     Plaintiff, ) | ORDER CONTINUING HEARING DATE FOR DEFENDANT'S APPEAL OF THE DETENTION ORDER; MODIFYING BRIEFING SCHEDULE; AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
|   v. ) | |
| CHERRYL WORLEY, aka CHERRYL FERGUSON, ) | |
|     Defendant. ) | |

GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and the defendant, IT IS HEREBY ORDERED that the hearing date for defendant's appeal of the magistrate judge's detention order, currently scheduled for February 18, 2011 at 11 a.m. before the Honorable D. Lowell Jensen, is VACATED and RESET for February 25, 2011 at 11 a.m.

IT IS FURTHER ORDERED that the briefing schedule shall be modified as follows: the government shall file its opposition to defendant's appeal of the detention order by February 17, 2011, and the defendant shall file her reply, if any, by February 23, 2011.

IT IS FURTHER ORDERED that the time from February 18, 2011 through February 25, 2011 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for adequate preparation of counsel and continuity of counsel. The Court

STIPULATION AND ORDER
CR 10-00524 DLJ

1  finds that the ends of justice served by the granting of the continuance outweigh the best interests
2  of the public and the defendants in a speedy and public trial and the failure to grant the requested
3  continuance would unreasonably deny counsel the reasonable time necessary for effective
4  preparation and continuity of counsel, taking into account due diligence.

6  IT IS SO ORDERED.

7  Dated: February  16, 2010
   _____
   HONORABLE D. LOWELL JENSEN
8  United States District Judge

STIPULATION AND ORDER
CR 10-00524 DLJ                                ii