IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>CHERRYL WORLEY aka<br>CHERRYL FERGUSON,<br>    Defendant. | No.  CR 10-00524 DLJ<br><br>STIPULATION AND ORDER TEMPORARILY RELEASING DEFENDANT CHERRYL WORLEY FROM CUSTODY |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that defendant Cherryl Worley aka Cherryl Ferguson, who is housed at Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568, and whose Fed. Reg. No. is 97225-011, PFN number is UKO745 and date of birth is 2/14/74, may be released immediately from the custody of the United States Marshal Service. The reason for the stipulation is that Ms. Worley's father, who has been very ill, was admitted to the hospital last week, and has been in a coma and on life-support since Saturday, February 19, 2011. The temporary release would enable Ms. Worley to visit her father in the hospital and pay her last respects before he is removed from life support. In addition, Ms. Worley is her father's only child and so there are decisions that need to be made and documents to be executed after his death.

IT IS FURTHER STIPULATED that Ms. Worley self-surrender to the Santa Rita Jail, 5325

Broder Blvd, Dublin, CA 94568 on Thursday, February 24, 2011 by no later than 5:00 p.m.

DATED: 2/22/11             /s/
                                  JOYCE LEAVITT
                                  Assistant Federal Public Defender

DATED: 2/22/11             /s/
                                  DEBORAH DOUGLAS
                                  Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Cherryl Worley aka Cherryl Ferguson, who is housed at Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568, and whose Fed. Reg. No. is 97225-011, PFN number is UKO745 and date of birth is 2/14/74, be released immediately from the custody of the United States Marshal Service.

IT IS FURTHER ORDERED that Ms. Worley shall self-surrender to the Santa Rita Jail on Thursday, February 24, 2011 by no later than 5:00 p.m.

SO ORDERED.

Date: February 22, 2011                        _____
                                                      D. LOWELL JENSEN
                                                      United States District Judge

*U.S. v. Worley*, CR 10-00524 DLJ;
STIP & PROPOSED ORDER