IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>CHERRYL WORLEY aka<br>CHERRYL FERGUSON,<br>               Defendant. | No.   CR 10-00524 DLJ<br><br>SECOND STIPULATION AND **ORDER** RELEASING DEFENDANT CHERRYL WORLEY FROM CUSTODY |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that defendant Cherryl Worley aka Cherryl Ferguson, who is housed at Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568, and whose Fed. Reg. No. is 97225-011, PFN number is UKO745 and date of birth is 2/14/74, may be released immediately from the custody of the United States Marshal Service. The reason for the stipulation is that Ms. Worley's father died Tuesday, February 22, 2011, and the viewing at the funeral home is on Friday, March 4, 2011, and funeral is on Saturday, March 5, 2011.

IT IS FURTHER STIPULATED that Ms. Worley will self-surrender to the United States Marshal Service no later than noon on Tuesday, March 8, 2011, unless prior to that date and time, a release bond has been executed by the magistrate judge and all of the conditions agreed upon by the parties, and included in the stipulation and proposed order filed on March 2, 2011, have been met.

*U.S. v. Worley*, CR 10-00524 DLJ;
STIP & PROPOSED ORDER

DATED: 3/3/11           /s/_____
                        JOYCE LEAVITT
                        Assistant Federal Public Defender

DATED: 3/3/11           /s/_____
                        DEBORAH DOUGLAS
                        Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Cherryl Worley aka Cherryl Ferguson, who is housed at Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568, and whose Fed. Reg. No. is 97225-011, PFN number is UKO745 and date of birth is 2/14/74, be released immediately from the custody of the United States Marshal Service.

IT IS FURTHER ORDERED that Ms. Worley shall self-surrender to the United States Marshal Service no later than noon on Tuesday, March 8, 2011, unless prior to that date and time, a release bond has been executed by the magistrate judge and all of the conditions agreed upon by the parties and ordered by this Court, as more particularly described in the Stipulation and [Proposed] Order Regarding Conditions of Release for Defendant Cherryl Worley filed on March 2, 2011, have been met.

SO ORDERED.

Date: March 3, 2011                       _____
                                          D. LOWELL JENSEN
                                          United States District Judge

*U.S. v. Worley*, CR 10-00524 DLJ;
STIP & PROPOSED ORDER