1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Public Defender
3 | 555-12 Street, Suite 650
Oakland, CA 94607-3627
4 | Telephone: (510) 637-3500

5 | Counsel for Defendant CHERYL WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 10-00524 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND **ORDER** |
| v. ) | REGARDING CONDITIONS OF |
| ) | RELEASE FOR DEFENDANT |
| CHERRYL WORLEY aka ) | CHERRYL WORLEY |
| CHERRYL FERGUSON, ) | |
| Defendant. ) | |
| ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, and consistent with the Court's verbal order on February 25, 2011 that the parties agree upon conditions of release for defendant Cherryl Worley aka Cherryl Ferguson, who is housed at Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568, and whose Fed. Reg. No. is 97225-011, PFN number is UKO745 and date of birth is 2/14/74, the parties have agreed upon the following special conditions which will be in addition to the standard conditions of release contained in the bond; (1) The bond shall be set in the amount of $40,000 and secured by (a) a bail bond in the amount of $20,000; and (b)  the posting of the residence of Ruby and Less Hanes, located at 2919 Wiswald Drive, Richmond, CA 94806 who will also sign as sureties on the bond; (2) Ms. Ferguson will be released to live at her apartment located at 3815 Maybell Avenue, Oakland, CA 94619, with her children; (3) Ms. Ferguson will be on

1  home detention with electronic monitoring, and can leave only as approved by pre-trial services; (4)
2  Ms. Ferguson is to have no access to the computer or internet; (5) Ms. Ferguson is not to be
3  employed; (6) Ms. Ferguson is to use only her true name of Cherryl Ferguson or Cherryl Worley, and
4  further be prohibited from using other persons' social security numbers, dates of birth or other
5  personal identifiers; (7) Ms. Ferguson is to open no new lines of credit; and (8) Ms. Ferguson is
6  subject to a warrantless search by a law enforcement officer, probation or pretrial services officer
7  and such search to be conducted with or without reasonable suspicion; and all other standard
8  conditions of release.

DATED: 3/2/11                             /s/
                                          JOYCE LEAVITT
                                          Assistant Federal Public Defender

DATED: 3/2/11                             /s/
                                          DEBORAH DOUGLAS
                                          Assistant United States Attorney

    I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

/ / /
/ / /
/ / /
/ / /

*U.S. v. Worley*, CR 10-00524 DLJ;
STIP & PROPOSED ORDER

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Cherryl Worley aka Cherryl Ferguson, who is housed at Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568, and whose Fed. Reg. No. is 97225-011, PFN number is UKO745 and date of birth is 2/14/74, be released in accordance with an appearance before the magistrate judge who will issue a release bond which shall include the following special conditions in addition to the standard conditions of release; (1) The bond shall be set in the amount of $40,000 and secured by (a) a bail bond in the amount of $20,000; and (b) the posting of the residence of Ruby and Less Hanes, located at 2919 Wiswald Drive, Richmond, CA 94806 who will also sign as sureties on the bond; (2) Ms. Ferguson shall be released to live at her apartment located at 3815 Maybell Avenue, Oakland, CA 94619, with her children; (3) Ms. Ferguson will be on home detention with electronic monitoring, and may leave only as approved by pre-trial services; (4) Ms. Ferguson is to have no access to the computer or internet; (5) Ms. Ferguson is not to be employed; (6) Ms. Ferguson is to use only her true name of Cherryl Ferguson or Cherryl Worley, and is further prohibited from using other persons' social security numbers, dates of birth or other personal identifiers; (7) Ms. Ferguson is to open no new lines of credit; and (8) Ms. Ferguson is subject to a warrantless search by a law enforcement officer or probation or pretrial services officer such search to be conducted with or without reasonable suspicion.

SO ORDERED.

Date: March 3, 2011

_____
D. LOWELL JENSEN
United States District Judge

*U.S. v. Worley*, CR 10-00524 DLJ;
STIP & PROPOSED ORDER