**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

March 3, 2011

VIA EMAIL AND E-FILING
Magistrate Judge Donna Ryu
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Lerma Garcia

   **United States v. Cherryl Ferguson, CR 10-00524 DLJ**
   **RE: Request to place matter on March 7, 2011 calendar for execution on bond**

Dear Judge Ryu:

  I am requesting that this case be placed on Your Honor's calendar on Monday, March 7, 2011, at 9:30 a.m. in order to execute the bond in accordance with the stipulation and proposed order setting conditions of release which was signed by Judge Jensen and efiled on March 3, 2011. Ms. Ferguson will be out of custody because she is being released today in order to attend her father's funeral this weekend. The bond anticipates that Ms. Ferguson remain out of custody until Tuesday, March 8, 2011, unless she has met all the conditions which the bond requires including the posting of property and obtaining a bail bond.

  The prosecutor on this case is AUSA Deborah Douglas who is in trial. However, the conditions of release have been agreed to and so the duty AUSA for Monday, March 7, 2011, will just need to stand in for Ms. Douglas for the execution of the bond.

            Sincerely,

            BARRY J. PORTMAN
            Federal Public Defender

              /s/
            JOYCE LEAVITT
            Assistant Federal Public Defender

cc:  Pretrial Services
    Deborah Douglas, AUSA
    Maureen Bessette, AUSA
    Trevor Russin, SAUSA