UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

**CHERRYL WORLEY**
**aka Cherryl Ferguson,**

    Defendant.

No. CR-10-00524-DLJ (DMR)

**ORDER MODIFYING PRETRIAL RELEASE CONDITIONS**

Pursuant to the Stipulation and Order submitted by the parties on March 2, 2011 and approved by District Judge D. Lowell Jensen on March 3, 2011 (Doc. # 25), this Court issued an "Order Setting Conditions of Release and Appearance Bond" on March 7, 2011 (Doc. #29). One of the conditions of release agreed upon by the parties, and subsequently ordered by Judge Jensen and this Court that "Defendant shall submit to a warrantless search of her person, place of residence and vehicle at the direction of Pretrial Services."

With the consent of both parties, the Court hereby vacates the foregoing search provision and replaces it with the following search provision:

Defendant shall submit her person, place of residence and vehicle to a search, to be conducted by a United States Pretrial Services Officer based upon a reasonable suspicion that the search will lead to evidence that Defendant has violated a condition of her release.

All other conditions of pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: 3/14/11

DONNA M. RYU
United States Magistrate Judge

**cc: Copy to parties via ECF, Frances, Pretrial Services, and Financial/Odile**

Order Modifying Release Condition      1