BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant CHERRYL WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-00524 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS DATE AND |
| | ) | EXCLUSION OF TIME |
| | ) | |
| CHERRYL WORLEY aka, | ) | |
| CHERRYL FERGUSON | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case with respect to Cherryl Worley aka Cherryl Ferguson, currently scheduled for Friday, March 25, 2011, at 9:00 a.m., may be continued to Friday, April 15, 2011, at 9:00 a.m. for status. The reason for the continuance is that defense counsel is unavailable on March 25, 2011. In addition, a continuance to April 15, 2011, should give defense counsel additional time to review the discovery with her client and continue with the investigation. The parties stipulate that the time from March 25, 2011, to April 15, 2011, should be excluded in accordance with the provisions of the

Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation so that counsel can continue review of the discovery and investigation regarding the allegations.

DATED: 3/24/11      _____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 3/24/11      _____/s/_____
DEBORAH DOUGLAS
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case with respect to Cherryl Worley aka Cherryl Ferguson, currently scheduled for Friday, March 25, 2011, at 9:00 a.m., may be continued to Friday, April 15, 2011, at 9:00 a.m. for status.

IT IS FURTHER ORDERED THAT the time from March 25, 2011, to April 15, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and adequate preparation so that counsel can continue review of the discovery and investigate the allegations. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: March 24, 2011      _____
HONORABLE D. LOWELL JENSEN
United States District Judge