1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant CHERRYL WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-00524 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE AND EXCLUSION OF TIME |
| | ) | |
| CHERRYL WORLEY aka, | ) | |
| CHERRYL FERGUSON | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case with respect to Cherryl Worley aka Cherryl Ferguson, currently scheduled for Friday, April 15, at 9:00 a.m., may be continued to Friday, May 6, 2011, at 9:00 a.m. for status. The reason for the continuance is that the parties have been conferring in hopes of reaching a resolution in this matter and defense counsel will be meeting with Ms. Worley during the week of April 18, 2011 to continue reviewing the discovery and discussing the case. The parties stipulate that the time from April 15, 2011, to May 6, 2011, should be excluded in accordance with the provisions of the Speedy

*U S v. Cherryl Worley,* CR 10-00524 DLJ
Stip. Continuing Status                                   - 1 -

Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of counsel and adequate preparation so that counsel can continue review of the discovery and investigation regarding the allegations.

DATED: 4/12/11        \_\_\_\_/s/_____
                      JOYCE LEAVITT
                      Assistant Federal Public Defender

DATED: 4/12/11        _____/s/_____
                      DEBORAH DOUGLAS
                      Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case with respect to Cherryl Worley aka Cherryl Ferguson, currently scheduled for Friday, April 15, 2011, at 9:00 a.m. may be continued to Friday, May 6, 2011, at 9:00 a.m. for status.

IT IS FURTHER ORDERED THAT the time from April 15, 2011, to May 6, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation so that counsel can continue review of the discovery with Ms. Worley and continue to investigate the allegations. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: April 14, 2011        _____
                             HONORABLE D. LOWELL JENSEN
                             United States District Judge