1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant CHERRYL WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-00524 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE AND EXCLUSION OF TIME |
| | ) | |
| CHERRYL WORLEY aka, | ) | |
| CHERRYL FERGUSON | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case with respect to Cherryl Worley aka Cherryl Ferguson, currently scheduled for Friday, May 20, at 10:00 a.m., may be continued to Friday, June 10, 2011, at 10:00 a.m. for status or change of plea. The reason for the continuance is that the parties are continuing to confer in hopes of reaching a resolution in this matter. In addition, defense counsel needs additional time to review the discovery and discuss the case with the defendant in this case. The parties stipulate that the time from May 20, 2011, to June 10, 2011, should be excluded in accordance with the provisions of the

Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation so that counsel can continue review of the discovery and investigation and meet with her client.

DATED: 5/19/11         /s/_____
                       JOYCE LEAVITT
                       Assistant Federal Public Defender

DATED: 5/19/11         /s/_____
                       DEBORAH DOUGLAS
                       Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case with respect to Cherryl Worley aka Cherryl Ferguson, currently scheduled for Friday, May 20, 2011, at 10:00 a.m. shall be continued to Friday, June 10, 2011, at 10:00 a.m. for status or change of plea.

IT IS FURTHER ORDERED THAT the time from May 20, 2011, to June 10, 2011, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation so that counsel can continue to review the discovery with Ms. Worley and investigate the allegations. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:   May 19, 2011        _____
                             HONORABLE D. LOWELL JENSEN
                             United States District Judge