1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant CHERRYL WORLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>             Plaintiff,               )<br>                                      )<br>       v.                             )<br>                                      )<br>                                      )<br>CHERRYL WORLEY aka,                   )<br>CHERRYL FERGUSON                      )<br>             Defendant.               ) | No. CR 10-00524 DLJ<br><br>STIPULATION AND<br>**ORDER** CONTINUING STATUS<br>DATE AND EXCLUSION OF TIME |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case with respect to Cherryl Worley aka Cherryl Ferguson, may be continued to Friday, July 22, 2011, at 10:00 a.m. for status or change of plea.  The reason for the continuance is that the Court is not available on June 10, 2011 and the other parties are not available until July 22, 2011.  The continuance will give defense counsel time to review the voluminous discovery and discuss the case with Ms. Worley and will also allow the parties to further discuss a resolution.

The parties stipulate that the time from June 10, 2011, to July 22, 2011, should be excluded in

213e34a762e98813

accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of counsel and adequate preparation so that the parties can be present at the next court appearance and defense counsel can review and discuss the case with her client.

DATED: 6/03/11          /s/
                        JOYCE LEAVITT
                        Assistant Federal Public Defender

DATED: 6/03/11          /s/
                        DEBORAH DOUGLAS
                        Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case with respect to Cherryl Worley aka Cherryl Ferguson, shall be continued from Friday, June 10, 2011, to Friday, July 22, 2011, at 10:00 a.m. for status or change of plea.

IT IS FURTHER ORDERED THAT the time from June 10, 2011, to July 22, 2011, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of counsel and adequate preparation. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:     June 7, 2011          _____
                                 HONORABLE D. LOWELL JENSEN
                                 United States District Judge