~~PROPOSED~~ **ORDER/COVER SHEET**

|  |  |  |  |
|---|---|---|---|
| **TO:** | Honorable Donna M. Ryu<br>U.S. Magistrate Judge | **RE:** | Ferguson, Cherryl |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR 10-00524 DLJ |
| **DATE:** | June 15, 2011 |  |  |

**FILED**

JUN 15 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

<u>Rich Sarlatte, Specialist</u>                                    <u>(415) 436-7508</u>
U.S. Pretrial Services Officer                              TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. *The defendant shall abide by a daily curfew of 8:00 p.m. to 7:00 a.m.*

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
_____

_____          6/15/11
**JUDICIAL OFFICER**                                    **DATE**

Cover Sheet (06/02/08)

*cc: Copy to parties via ECF, Frances, Pretrial Svcs., Financial*