| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOYCE LEAVITT |
| | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
| | Oakland, CA 94607-3627 |
| 4 | (510) 637-3500 |
| 5 | Counsel for Defendant CHERRYL WORLEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-00524 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND **ORDER** |
| v. | ) | CONTINUING STATUS DATE AND |
| | ) | EXCLUSION OF TIME |
| | ) | |
| CHERRYL WORLEY aka, | ) | |
| CHERRYL FERGUSON | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case with respect to Cherryl Worley aka Cherryl Ferguson, may be continued to Friday, August 12, 2011, at 10:00 a.m. for status or change of plea. The reason for the continuance is that government counsel is unavailable from June 27, 2011 until July 25, 2011 and defense counsel is also unavailable from June 29, 2011 until July 10, 2011. The government has provided a plea agreement on June 17, 2011 and defense counsel needs time to review it with Ms. Worley as well as continuing with its investigation into the underlying facts and circumstances.

*U S v. Cherryl Worley,* CR 10-00524 DLJ
Stip. Continuing Status                                        - 1 -

The parties stipulate that the time from July 22, 2011, to August 12, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of counsel and adequate preparation so that the parties can be present at the next court appearance and defense counsel can review and discuss the case with her client.

DATED: 6/23/11             \_\_\_\_/s/_____
                            JOYCE LEAVITT
                            Assistant Federal Public Defender

DATED: 6/23/11             _____/s/_____
                            DEBORAH DOUGLAS
                            Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date shall be continued from July 22, 2011 to Friday, August 12, 2011, at 10:00 a.m. for status or change of plea.

IT IS FURTHER ORDERED THAT the time from July 22, 2011 to August 12, 2011, shall be excluded in accordance with the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of counsel and adequate preparation.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: June 28, 2011       _____
                            HONORABLE D. LOWELL JENSEN
                            United States District Judge