Joseph O'Sullivan
Attorney At Law
State Bar No.: 67055
1500-20th Street
San Francisco, CA 94107
Telephone: (415) 920-0423
Fax: (415) 920-0427

Attorney for Defendant Cherryl Worley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Cherryl Worley, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 10-00524 DLJ <br><br> STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE TO ALLOW TRAVEL TO SOLANO COUNTY |

**STIPULATION**

The United States of America and defendant Cheryl Worley, by and through her respective counsel, hereby stipulate that:

1. Cherryl Worley may travel from her place of residence in the Northern District of California to the Benicia Boxing and Martial Arts Academy at 2002 Columbus Parkway Benicia, CA 94510 in the County of Solano for the purpose of transporting her son to classes at the boxing academy.

2. Cheryl Worley may travel from her place of residence in the Northern District of California to 1001 Fairgrounds Dr. Vallejo, CA 94589 in the County of Solano to take her children to Six Flags Discovery Kingdom amusement park.

3. Neither Pretrial Services nor the government object to the modification of Cherryl Worley release conditions to accommodate this travel.

Stipulation and Order
CR 10-00524 DLJ

1 Accordingly the parties agree and stipulate that the conditions of release of Cherryl Worley should be modified to allow her to travel from her home to Benicia and Vallejo California in the County of Solano, solely for the purposes stated in this stipulation.  The parties further agree and stipulate that Cherryl Worley shall provide Pretrial Services with any and all requested information concerning any travel outside of the Northern District within 24 hours of Pretrial Services request for such information.

Dated: May   , 2012                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        _____/s/_____
                                        DEBORAH R. DOUGLAS
                                        Assistant United States Attorney


                                        _____/s/_____
                                        JOSEPH D. O'SULLIVAN, Esq.
                                        Attorney for Defendant Cherryl Worley

Joseph O'Sullivan
Attorney At Law
State Bar No.: 67055
1500-20th Street
San Francisco, CA 94107
Telephone: (415) 920-0423
Fax: (415) 920-0427

Attorney for Defendant Cherryl Worley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00524 DLJ |
| Plaintiff, ) | |
| ) | ORDER MODIFYING |
| v. ) | CONDITIONS OF RELEASE TO ALLOW |
| ) | TRAVEL TO SOLANO COUNTY |
| CHERRYL WORLEY, ) | |
| Defendants. ) | |

For good cause shown and based upon the agreement of the parties and United States Pretrial Services IT IS HEREBY ORDERED that the conditions of release of CHERRYL WORLEY defendant are modified as follows:

1  Cherryl Worley may travel from her place of residence in the Northern District of California to the Benicia Boxing and Martial Arts Academy at 2002 Columbus Parkway Benicia, CA 94510 in the County of Solano for the purpose of transporting her son to classes at the boxing academy.

2. Cheryl Worley may travel from her place of residence in the Northern District of California to 1001 Fairgrounds Dr. Vallejo, CA 94589 in the County of Solano to take her children to Six Flags Discovery Kingdom amusement park. The parties further agree and stipulate that Cherryl Worley shall provide Pretrial Services with any and all

requested information concerning any travel outside of the Northern District within 24 hours of Pretrial Services request for such information.

3. All other conditions of release shall remain the same.

**IT IS SO ORDERED.**

DATED: 5/22/12

_____
THE HONORABLE DONNA RY
UNITED STATES MAGISTRATE JUDGE