```
United States of America,    )     *E-FILED - 1/29/13*
                             )
            Plaintiff,       )
                             )
     v.                      )
                             )     No. CR-10-0524-DLJ
Cherryl Worley,              )
                             )     ORDER
            Defendant.       )
_____)
```

Defendant in this matter having been sentenced and having self-surrendered to begin serving that sentence, the appearance bond in this matter is hereby exonerated.

IT IS SO ORDERED.

Dated: January 29, 2013        _____

                                                    D. Lowell Jensen
                                                  United States District Judge

Copy of Order Mailed on 1/29/2013 to:

Cherryl Worley
#97225-011
Federal Prison Camp
5675 8th Street-Camp Parks
Dublin, CA 94568

Copy of Order E-Filed to Counsel of Record:

**United States District Court**
For the Northern District of California