```
CHERRYL WORLEY,                    )
                                   )      *E-FILED - 12/18/13*
            Petitioner,            )
                                   )
    v.                             )
                                   )      Nos. C-13-03951-DLJ
                                   )           CR-10-00524-DLJ
                                   )
UNITED STATES OF AMERICA,          )
                                   )      ORDER
            Respondent.            )
_____)
```

On August 23, 2012, Petitioner Cherryl Worley (Worley) was sentenced to 84 months in prison for one count of violation of 18 U.S.C. § 1344, Bank Fraud; and five counts of violation of 18 U.S.C. § 1029(a)(2) Fraud and Related Activity in Connection with Access Devices.  Final Judgement was entered by the Court on August 30, 2012.  On August 29, 2013, Worley filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct her Sentence.

The government has filed a responsive pleading.  On December 3, 2013, Worley filed a Request for Leave to File a Traverse in Reply.  The Court grants Worley's request, and she is ordered to file her pleading within 45 days of the date of this Order.

IT IS SO ORDERED

Dated: December 17, 2013          _____
                                  D. Lowell Jensen
                                  United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WORLEY,

        Plaintiff,

 v.

USA,

        Defendant.

Case Number: CV13-03951 DLJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cherryl Worley 97225-011
FPC Dublin
5675 8th Street, Camp Parks
Dublin, CA 94568

Dated: December 18, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk